**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000682
17-OCT-2025
08:08 AM
Dkt. 120 OAWST**

NO. CAAP-23-0000682


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


GRACE F. AKANA, Individually and as Trustee of the
Revocable Living Trust of Grace F. Akana Dated May 20, 1994;
SIENNA L. MARTIN; MARK A. PHILLIPS; WILLIAM L. STALEY,
Individually and as Trustee of the
William L. Staley Living Trust Dated October 20, 1999,
ROBERT G. STRAUB, SR., Plaintiffs,
HOLLY M. PHILLIPS; MARGARET M. PHILLIPS; JOHN J. PHILLIPS, III;
and DIANE S. SIANGCO, Plaintiffs-Appellants,
v.
BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
INC.; CURTIS H. TAKAMIYA; JANIS LYNN MARTINEZ, Individually and
as Trustee of the Johnny and Janis Martinez Living Trust Dated
April 29, 2004; WELLS FARGO BANK, N.A.; JASON J. SANTOS;
SARAH A. NICOLE SANTOS; HUGH MESHELL; LINDA MESHELL;
CENTRAL PACIFIC HOME LOANS, INC.;
PENNYMAC LOAN SERVICES, LLC, Defendants-Appellees
and
DOE DEFENDANTS 1-50, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CC191000135)

ORDER APPROVING STIPULATION TO DISMISS APPEAL WITH PREJUDICE
(By:  Nakasone, Chief Judge, Hiraoka and Guidry, JJ.)

Upon consideration of the "Stipulation for Dismissal with Prejudice of Appeal" (**Stipulation**), filed on October 13, 2025, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs associated with this appeal; and (3) the Stipulation has been signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs in this appeal.

DATED:  Honolulu, Hawaiʻi, October 17, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge